1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798



SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   CR. NO. 2:07-CR-0170 FCD
                                    )
               Plaintiff,           )   ORDER TO SEAL
       v.                           )   (UNDER SEAL)
                                    )
RITO BELTRAN-LEON,                  )
RENE BELTRAN-LEON, and              )
JUAN CAMACHO,                       )
       aka "Bocho,"                 )
                                    )
               Defendants.          )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Carolyn K. Delaney to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants in this case or until further order of the Court.

DATED:  4/26/07

_____
DALE A. DROZD
United States Magistrate Judge

1