**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | 2:07 - CR - 0 1 7 0 FCD |
| SEALED, ) | |
| ) | |
| Defendant. ) | |

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the first arrest of a defendant in this case or until further order of the Court.

DATED: 4/26/07

DALE A. DROZD
United States Magistrate Judge