McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
CAROLYN K. DELANEY
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR NO. S-07-170 LKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE STATUS CONFERENCE |
| | ) | |
| RTIO BELTRAN-LEON, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On June 26, 2007, at 9:30 a.m., this matter came on for a status conference.  The United States appeared through Assistant United States Attorney Carolyn K. Delaney.  Defendant Rene Beltran-Leon appeared with his counsel Gordon Brown; defendant Rito Beltran-Leon appeared with attorney Michael Portillo appearing for Ernesto Castillo; and defendant Juan Camacho appeared with his attorney Jesse Garcia. All defendants were assisted by a Spanish interpreter.

Mr. Garcia was relieved as counsel at his request, and Assistant Federal Defender Jeffrey Staniels appeared with defendant Camacho to assist in obtaining a panel attorney. The government and the defendants agreed that a further status conference should be scheduled on July 31, 2007, and that time

1

should be excluded until that date based on the need for all
defense counsel to review the discovery and prepare (local code
T4).

Defendant Camacho's matter was further scheduled for a
hearing on July 3, 2007, for identification of counsel.
Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1.   The case is scheduled for a further status conference on
July 31, 2007.

2.   The time between June 26, 2007 and July 31, 2007 is
excluded under the Speedy Trial Act pursuant to Local Code T4,
Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give
the defendants time to review the discovery and to adequately
prepare; and Local Code T2, Title 18, United States Code, Section
3161 (h)(8)(B)(ii).  The Court specifically finds that the case is
complex and that a continuance is necessary to give the defendants
reasonable time to prepare for trial in this matter.  The Court
finds that the ends of justice served by granting a continuance
outweigh the best interest of the public and defendants in a
speedy trial.

3.   An additional status conference date of July 3, 2007 is
set for defendant Camacho.


DATE: June 28, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2