UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>JESUS FERNANDO VEGA,<br>LUIS MANUEL SANCHEZ-ACEVES,<br>and CRISTOBAL L. NAVARRO,<br><br>        Defendants.<br>_____/<br>UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>RITO BELTRAN-LEON,<br>RENE BELTRAN-LEON, and<br>JUAN CAMACHO,<br><br>        Defendants.<br>_____/<br>UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>JOSE MARIA MEZA PORTILLO,<br><br>        Defendant.<br>_____/ | CR. NO. S-07-165 LKK<br><br><br><br><br><br><br><br><br><br>CR. NO. S-07-170 LKK<br><br><br><br>**<u>RELATED CASE ORDER</u>**<br><br><br><br>CR. NO. S-07-189 LKK |

```
 1  UNITED STATES OF AMERICA,
 2          Plaintiff,
 3             v.                        CR. NO. S-07-289 MCE
 4  EDI CAMACHO, aka "Pariente,"
    MISAEL CAMACHO, aka "Primo,"
 5  JUAN CAMACHO, aka "Bocho,"
 6          Defendants.
                                      /
 7
```

Examination of the above-entitled criminal actions reveals that the actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  For the reasons set forth in the government's Notice of Related Cases, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rules 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-07-289 MCE be, and the same hereby is, reassigned to Judge Lawrence K. Karlton for all further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be shown as CR. NO. S-07-289 LKK.

IT IS FURTHER ORDERED that the Clerk of the Court make

1  appropriate adjustment in the assignment of criminal cases to
2  compensate for this reassignment.
3       DATED:  July 3, 2007.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

3