McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
CAROLYN K. DELANEY
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                   )<br>            Plaintiff,              )<br>                                   )<br>      v.                           )<br>                                   )<br> RITO BELTRAN-LEON, et. al.,       )<br>                                   )<br>            Defendants.            )<br> _____) | CR NO. S-07-170 LKK<br><br>ORDER RE STATUS CONFERENCE |

     On September 25, 2007, at 9:30 a.m., this matter came on for a status conference.  The United States appeared through Assistant United States Attorneys Carolyn K. Delaney and Samuel Wong. Defendant Rene Beltran-Leon appeared with his counsel Gordon Brown; defendant Rito Beltran-Leon appeared with his attorney Ernesto Castillo; and defendant Juan Camacho appeared with his attorney Gil Roque. All defendants were assisted by a Spanish interpreter.

     The government and the defendants agreed that a further status conference should be scheduled on December 18, 2007, and that time should be excluded until that date based on the need for all defense counsel to review the voluminous discovery and prepare (local code T4) and because of the complexity of the case (local

1  code T2).
2       Accordingly, the Court entered the following orders:
3       For good cause shown, IT IS HEREBY ORDERED THAT:
4       1.   The case is scheduled for a further status conference on
5  December 18, 2007.
6       2.   The time between September 25, 2007 and December 18,
7  2007 is excluded under the Speedy Trial Act pursuant to Local Code
8  T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to
9  give the defendants time to review the discovery and to adequately
10 prepare; and Local Code T2, Title 18, United States Code, Section
11 3161 (h)(8)(B)(ii).  The Court specifically finds that the case is
12 complex and that a continuance is necessary to give the defendants
13 reasonable time to prepare for trial in this matter.  The Court
14 finds that the ends of justice served by granting a continuance
15 outweigh the best interest of the public and defendants in a
16 speedy trial.

19 DATE: September 27, 2007

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT