UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
|         v. | CR. NO. S-07-428 LKK |
| JUAN CAMACHO, aka "Bocho," LUIS ARMANDO SANCHEZ-PEREZ, and SERGIO MUNOZ GARCIA, | |
|     Defendants. | |
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
|         v. | CR. NO. S-07-170 LKK |
| RITO BELTRAN-LEON, RENE BELTRAN-LEON, and JUAN CAMACHO, | **RELATED CASE ORDER** |
|     Defendants. | |

The court has received the Notice of Related Cases filed September 25, 2007. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a), E.D. Cal. (1997). The indictments in CR. S-07-165

1  LKK and CR. S.07-428 LKK both stem from wiretaps which themselves
2  are related.
3       Because the cases are already assigned to the same district
4  judge, this order is issued for informational purposes only and
5  shall have no effect on the status of the cases.
6       IT IS SO ORDERED.
7       DATED:  September 26, 2007.

```
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT
```