GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for JUAN CAMACHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RITO BELTRAN-LEON ) <br> RENE BELTRAN-LEON, and ) <br> JUAN CAMACHO, ) <br> ) <br> Defendants. ) <br> _____ ) | CR. NO. 2:07-CR-170-LKK <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

Defendants, through counsel, and the United States of America, through Assistant United States Attorney Carolyn K. Delaney, agree that the Status Conference set for December 11, 2007, at 9:30 a.m., be continued to January 29, 2008, at 9:30 a.m., before the Honorable Lawrence K. Karlton.

In addition, it is agreed that the Court should find excludable time through January 29, 2008, pursuant to Local Rule T-4.

Respectfully submitted,

DATED: December 7, 2007          /s/ Gilbert A. Roque
                                 GILBERT A. ROQUE, Attorney for
                                 JUAN CAMACHO, Defendant


DATED: December 7, 2007          /s/ Gordon Dean Brown
                                 GORDON DEAN BROWN, Attorney for
                                 RENE BELTRAN-LEON, Defendant

1

| | |
|---|---|
| DATED: December 7, 2007 | /s/ H. Ernesto Castillo<br>H. ERNESTO CASTILLO, Attorney for<br>RITO BELTRAN-LEON, Defendant |
| DATED: December 7, 2007 | /s/Carolyn K. Delaney<br>CAROLYN K. DELANEY<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: December 7, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2