McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
SAMUEL WONG
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       v.                        )<br>                                 )<br>RITO BELTRAN-LEON, et. al.,      )<br>                                 )<br>            Defendants.          )<br>_____) | CR NO. S-07-170 LKK<br><br>ORDER RE STATUS CONFERENCE |

On January 29, 2008, at 9:30 a.m., this matter came on for a status conference.  The United States appeared through Assistant United States Attorneys Carolyn K. Delaney and Samuel Wong. Defendant Rene Beltran-Leon appeared with his counsel Gordon Brown; defendant Rito Beltran-Leon appeared with his attorney Ernesto Castillo; and defendant Juan Camacho appeared with his attorney Gil Roque. All defendants were assisted by a Spanish interpreter.

The government and the defendants agreed that a further status conference should be scheduled on February 20, 2008, and that time should be excluded until that date based on the need for all defense counsel to review the voluminous discovery and prepare (local code T4) and because of the complexity of the case (local

1  code T2).
2       Accordingly, the Court entered the following orders:
3       For good cause shown, IT IS HEREBY ORDERED THAT:
4  February 20, 2008.
5       2.   The time between January 29, 2008 and February 20, 2008
6  is excluded under the Speedy Trial Act pursuant to Local Code T4,
7  Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give
8  the defendants time to review the discovery and to adequately
9  prepare; and Local Code T2, Title 18, United States Code, Section
10 3161 (h)(8)(B)(ii).  The Court specifically finds that the case is
11 complex and that a continuance is necessary to give the defendants
12 reasonable time to prepare for trial in this matter.  The Court
13 finds that the ends of justice served by granting a continuance
14 outweigh the best interest of the public and defendants in a
15 speedy trial.

18 DATE: February 1, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2