```
1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   SAMUEL WONG
3  Assistant U.S. Attorneys
   501 "I" Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2798
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,   )
                            )      CR NO. S-07-170 LKK
              Plaintiff,    )
                            )
         v.                 )      ORDER RE STATUS CONFERENCE
                            )
RITO BELTRAN-LEON, et. al., )
                            )
              Defendants.   )
_____)
```

On July 8, 2008, at 9:30 a.m., this matter came on for a status conference. The United States appeared through Assistant United States Attorneys Carolyn K. Delaney and Samuel Wong. Defendant Rene Beltran-Leon appeared with his counsel Gordon Brown; defendant Rito Beltran-Leon appeared with his counsel Ernesto Castillo; and defendant Juan Camacho appeared with his attorney J. Toney. All defendants were assisted by a Spanish interpreter.

The government and the defendants agreed that a further status conference should be scheduled on September 3, 2008, and that time should be excluded until that date based on the need for all defense counsel to review the voluminous discovery and prepare (local code T4) and because of the complexity of the case (local

code T2).

    Accordingly, the Court entered the following orders:

    For good cause shown, IT IS HEREBY ORDERED THAT:

1. A further status conference for all defendants is scheduled for September 3, 2008;

2. The time between July 8, 2008 and September 3, 2008 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to review the discovery and to adequately prepare; and Local Code T2, Title 18, United States Code, Section 3161 (h)(8)(B)(ii). The Court specifically finds that the case is complex and that a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

DATE: July 11, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT