J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Juan Camacho

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| | ) Cr. No. 07-170 |
| Plaintiff, | ) |
| | ) ORDER CONTINUING STATUS |
| v. | ) CONFERENCE |
| | ) (Oct 21, 2008 before Judge |
| JUAN CAMACHO et al | ) Karlton) |
| Defendants | ) |
| _____ | ) |

This matter came on for status conference on September 9, 2008. At the request of the Defense, the Government not objecting, a further status conference is set for October 21, 2008 at 9:15 AM. Time until that date is excluded from the requirements of the Speedy Trial Act due to both complexity and the need for counsel for the Defendants to prepare for trial (Local Codes T2 and T4).

Dated September 19, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1