```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Juan Camacho
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| | ) Cr. No. 07-170 |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) AND EXCLUDING TIME UNDER THE |
| JUAN CAMACHO, et al | ) SPEEDY TRIAL ACT |
| | ) (Feb. 10, 2009 at 9:15 AM |
| | ) before Judge Karlton) |
| Defendant, | ) |
| _____ | ) |

Whereas, there is now set a status conference on February 10, 2009;

Whereas over 2500 pages of discovery have been provided by the Government in the cases involving Juan Camacho;

Whereas all defense counsel need additional time to review the discovery and attempt to resolve the case;

IT IS STIPULATED between the plaintiff, United States of America and the Defendants, by and through their counsel, that the status conference be continued to March 17, 2009 at 9:15 AM

It is further stipulated that time from the date of this stipulation through March 17, 2009 shall be excluded from the time when trial must be commenced under the Speedy Trial Act because the

1

1  the case is so unusual or complex within the meaning of the Speedy
2  Trial Act, and for defense preparation.  The parties stipulate that
3  these are appropriate exclusions within the meaning of Title 18,
4  U.S. Code Section 3161 (h) (8) (B) (ii) and (iv), and Local Codes
5  T2 and T4.

6  Dated February 5, 2009               Respectfully submitted,

7                                       LAWRENCE G. BROWN
                                        Acting U.S. Attorney
8
                                        By: /s/Samuel Wong
9                                          SAMUEL WONG
                                           Assistant U.S. Attorney
10                                      (Per phone authorization)

11                                         /s/ H. Ernesto Castillo
                                           H. ERNESTO CASTILLO
12                                      Attorney for Rito Beltran-Leon
                                         (Per phone authorization)
13
                                           /s/ Gordon Brown
14                                         GORDON BROWN
                                        Attorney for Rene Beltran-Leon
15                                       (Per phone authorization)

16                                         /s/ J Toney
                                           J TONEY
17                                      Attorney for Juan Camacho

18                             ORDER

19     Based on the stipulation of the parties and good cause
20  appearing, the Court adopts the above stipulation in its entirety
21  as its order.  The Court further finds for the reasons given that
22  failure to allow this continuance would deny counsel time for
23  effective preparation and that the ends of justice outweigh the
24  interest of the public and defendants in a speed trial. SO ORDERED.
25
    DATED: February 9, 2009
26

27
                                        _____
28                                      LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT