LAWRENCE G. BROWN
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


|   |   |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-07-170  LKK |
| Plaintiff, | ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT, AND SETTING FURTHER STATUS CONFERENCE DATE |
| v. | |
| RITO BELTRAN-LEON, et al., | Court:  Hon. Lawrence K. Karlton |
| Defendants. | |

     On October 21, 2008, the parties appeared before the Court

for a status conference.  Assistant United States Attorney Samuel

Wong appeared on behalf of plaintiff United States of America.

Ernesto Castillo, Esq., appeared with his client, defendant Rito

Beltran-Leon.  Gordon Brown, Esq., appeared with his client,

defendant Rene Beltran-Leon.  J. Toney, Esq., appeared with his

client, defendant Juan Camacho.

     The parties requested that the matter be continued to

December 16, 2008, at 9:15 a.m., for further status conference to

allow each defense counsel additional time to prepare his

1  respective client's case due to the unusual and complex nature of

2  this case, especially as it relates to the amount of discovery

3  involved in this court authorized wiretap case.  The parties

4  requested and agreed that time from October 21, 2008, to, and

5  including, December 16, 2008, shall be excluded from computation

6  of time within which the trial of this case must be commenced

7  under the Speedy Trial Act, pursuant to Local Codes T2 and T4.

8      Based on the representations and stipulations of the

9  parties, and good cause appearing therefrom, the Court sets a new

10  status conference hearing on December 16, 2008, at 9:15 a.m.  The

11  Court orders that time from October 21, 2008, to, and including,

12  December 16, 2008, shall be excluded from computation of time

13  within which the trial of this case must be commenced under the

14  Speedy Trial Act, pursuant to Local Codes T2 and T4.

15      The Court continues to affirm its previous finding that this

16  case is unusual and complex, and additionally finds that the

17  failure to grant a continuance in this case would deny each

18  defense counsel reasonable time necessary for effective

19  preparation of his respective client's case, taking into account

20  the exercise of due diligence.  The Court specifically finds that

21  the ends of justice served by the granting of such continuance

22  outweigh the interests of the public and defendants in a speedy

23  trial.

24      It is so ordered.

25

26  Dated: April 21, 2009

                  LAWRENCE K. KARLTON

27                   SENIOR JUDGE

                  UNITED STATES DISTRICT COURT

28