```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10                                )
11  UNITED STATES OF AMERICA,     )  NO. CR. S-07-170  LKK
                                  )
12             Plaintiff,         )  ORDER EXCLUDING TIME UNDER SPEEDY
                                  )  TRIAL ACT, AND SETTING FURTHER
13       v.                       )  STATUS CONFERENCE DATE
                                  )
14  RITO BELTRAN-LEON, et al.,    )  Court:  Hon. Lawrence K. Karlton
                                  )
15             Defendants.        )
                                  )
16  _____ )
17
18
19       On March 17, 2009, the parties appeared before the Court for
20  a status conference.  Assistant United States Attorney Samuel
21  Wong appeared on behalf of plaintiff United States of America.
22  Ernesto Castillo, Esq., appeared with his client, defendant Rito
23  Beltran-Leon.  Gordon Brown, Esq., appeared with his client,
24  defendant Rene Beltran-Leon.  J. Toney, Esq., appeared with his
25  client, defendant Juan Camacho.
26       The parties requested that the matter be continued to April
27  21, 2009, at 9:15 a.m., for further status conference to allow
28  each defense counsel additional time to prepare his respective
```

1

1 | client's case.  The parties requested and agreed that time from
2 | March 17, 2009, to, and including, April 21, 2009, shall be
3 | excluded from computation of time within which the trial of this
4 | case must be commenced under the Speedy Trial Act, pursuant to
5 | Local Code T4.
6 |     Based on the representations and stipulations of the
7 | parties, and good cause appearing therefrom, the Court sets a new
8 | status conference hearing on April 21, 2009, at 9:15 a.m.  The
9 | Court orders that time from March 17, 2009, to, and including,
10 | April 21, 2009, shall be excluded from computation of time within
11 | which the trial of this case must be commenced under the Speedy
12 | Trial Act, pursuant to Local Code T4.
13 |     The Court finds that the failure to grant a continuance in
14 | this case would deny each defense counsel reasonable time
15 | necessary for effective preparation of his respective client's
16 | case, taking into account the exercise of due diligence.  The
17 | Court specifically finds that the ends of justice served by the
18 | granting of such continuance outweigh the interests of the public
19 | and defendants in a speedy trial.
20 |     It is so ordered.

Dated: April 21, 2009

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2