```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  NO. CR. S-07-170 LKK
                                 )
12                 Plaintiff,    )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE AND EXCLUDING
13            v.                 )  TIME UNDER THE SPEEDY TRIAL ACT
                                 )
14  RITO BELTRAN-LEON, et al.,   )  Court: Hon. Lawrence K. Karlton
                                 )  Date:  April 24, 2009
15                 Defendants.   )  Time:  1:30 p.m.
    _____)
16                               )
                                 )
17
18       Whereas, there is currently set a status conference on April
19  24, 2009, at 1:30 p.m.; and
20       Whereas, defense counsel will need additional time to review
21  the discovery, conduct legal research, conduct additional factual
22  investigation, and communicate with his respective client
23  regarding this case,
24       IT IS HEREBY stipulated between plaintiff United States of
25  America, on the one hand, and defendants Rito Beltran-Leon, Rene
26  Beltran-Leon, and Juan Camacho, on the other hand, by and through
27  their respective undersigned counsel, that the previously set
28  April 24, 2009, at 1:30 p.m., status conference shall be
                                   1
```

continued to May 19, 2009, at 9:15 a.m.

It is further stipulated and agreed between the parties that the time period from the date of this stipulation, April 22, 2009, through and including May 19, 2009, shall be excluded from computation of time within which the trial of the above criminal prosecution must commenced under the Speedy Trial Act on the grounds that the case is so unusual or so complex within the meaning of the Speedy Trial Act due to the large amount of discovery in this case and for defense preparation as described in this stipulation. All parties stipulate and agree that these are appropriate exclusions of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(ii) and (iv), and Local Codes T2 and T4.

Dated: April 22, 2009            Respectfully submitted,

    /s/ Ernest Castillo
ERNEST CASTILLO
Attorney for defendant
Rito Beltran-Leon
(per phone authorization from his office staff)

    /s/ Gordon Brown
GORDON BROWN
Attorney for defendant
Rene Beltran-Leon
(per phone authorization)

    /s/ J. Toney
J. TONEY
Attorney for defendant
Juan Camacho
(per phone authorization)

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/Samuel Wong
    SAMUEL WONG
    Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that: (1) given the large amount of discovery involved in this case, the case is unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (2) the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: April 22, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT