1  LAWRENCE G. BROWN
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR NO. S-07-170 LKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER RE STATUS CONFERENCE |
| | ) | |
| RITO BELTRAN-LEON, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendants and their counsel, that the status conference currently scheduled for Tuesday, August 11, 2009, should be vacated; and a further status conference should be scheduled for Tuesday, August 25, 2009.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to August 25, 2009, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), for continuity of counsel and defense preparation; and  Local Code T2, Title 18, United States Code, Section 3161 (h)(8)(B)(ii).  The Court specifically finds that the case is complex and that a

1

1  continuance is necessary to give the defendant reasonable time to
2  prepare for trial in this matter.  The Court finds that the ends
3  of justice served by granting a continuance outweigh the best
4  interest of the public and defendants in a speedy trial.

6  Dated: August 4, 2009                Respectfully submitted,

7                                       LAWRENCE G. BROWN
                                        U.S. Attorney

                                        /s/ Carolyn K. Delaney

                                        CAROLYN K. DELANEY
10                                      Assistant U.S. Attorney

   Dated: August 4, 2009                /s/ J. Toney

                                        J. Toney
13                                      Attorney for Juan Camacho

14 Dated: August 4, 2009                /s/ Gordon D. Brown

15                                      Gordon D. Brown
                                        Attorney for Rene Beltran-Leon

   Dated: August 4, 2009                /s/ Ernesto Castillo

                                        Ernesto Castillo
18                                      Attorney for Rito Beltran-Leon

2

**ORDER**

**IT IS HEREBY ORDERED:** That the status conference set for August 11, 2009 is VACATED; and a further status conference for August 25, 2009 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and August 25, 2009, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to adequately prepare and in the interests of justice; and Local Code T2, Title 18, United States Code, Section 3161 (h)(8)(B)(ii). The Court specifically finds that the case is complex and that a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Dated: August 11, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT