```
1  LAWRENCE G. BROWN
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>              Plaintiff,    )<br>                             )<br>         v.                  )<br>                             )<br>                             )<br>RITO BELTRAN-LEON,           )<br>                             )<br>              Defendant.     )<br>_____) | CR NO. S-07-170 LKK<br><br>STIPULATION AND<br>ORDER RE STATUS CONFERENCE |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with defendant Rito Beltran Leon and his counsel, that the status conference currently scheduled for Wednesday, October 14, 2009, should be vacated; and a change of plea hearing should be scheduled for Tuesday, November 3, 2009.

    It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to November 3, 2009, under Local Code T4, Title 18, United States Code, Section 3161 (h)(7)(A), for continuity of counsel and defense preparation; and  Local Code T2, Title 18, United States Code, Section 3161 (h)(7)(B).  The Court specifically finds that the case is complex and that a

1 continuance is necessary to give the defendant reasonable time to
2 prepare for trial in this matter.  The Court finds that the ends
3 of justice served by granting a continuance outweigh the best
4 interest of the public and defendants in a speedy trial.
5
6 Dated: October 8, 2009                Respectfully submitted,
7                                       LAWRENCE G. BROWN
                                        U.S. Attorney
8
                                        /s/ Carolyn K. Delaney
9
                                        CAROLYN K. DELANEY
10                                      Assistant U.S. Attorney
11
   Dated: October 8, 2009               /s/ Ernesto Castillo
12
                                        Ernesto Castillo
13                                      Attorney for Rito Beltran-Leon

2

**ORDER**

**IT IS HEREBY ORDERED:**   That the status conference set for October 14, 2009 is VACATED; and a change of plea hearing on November 3, 2009 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and November 3, 2009, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(7)(A), to give the defendants time to adequately prepare and in the interests of justice; and Local Code T2, Title 18, United States Code, Section 3161 (h)(7)(B).  The Court specifically finds that the case is complex and that a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Dated: October 14, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3