**H. Ernesto Castillo** Bar No. 220900
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690


Attorney for *Rito Beltran-Leon*


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-cr-00170-LKK |
| *Plaintiff,* | ORDER |
| vs. | |
| RITO BELTRAN-LEON, | |
| *Defendant.* | |

ORDER

   Good cause appearing, defendant Rito Beltran-Leon sentencing hearing date, presently set for **Wednesday, January 20, 2010 at 9:15am,** be vacated and continued to **Tuesday, February 2, 2010 at 9:15am.**


Dated:          January 19, 2010


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT